CIVIL COVER SHEET CONTINUATION SHEET

| Plaintiff(s), continued | Counsel of Record, continued |
|---|---|
| Sarah Doe, Mary Doe, John Doe, and James Doe | Lisa Graybill, NILC, P.O. Box 40476, Austin, TX 78704, Phone: (213) 493-6503<br><br>Lynn Damiano Pearson, NILC, 3450 Wilshire Blvd., No. 108-62, Los Angeles, CA 90010, Phone: (213) 639-3900 |
| Defendant(s), continued | Counsel of Record |
| STEVEN C. MCCRAW, in his official capacity as Director of Texas Department of Public Safety, WARREN K. PAXTON, in his official capacity as the Texas Attorney General, TORIBIO "TERRY" PALACIOS, in his official capacity as Hidalgo County District Attorney, BRYAN GOERTZ, in his official capacity as the Bastrop County District Attorney, JOSH TETENS, in his official capacity as the McLennan County District Attorney, and KIM OGG, in her official capacity as the Harris County District Attorney. | |