IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY ABBOTT ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 1:24-CV-270-DAE |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

Senate Bill 4 (88th Leg. (4th Special Session)) ("S.B. 4") was preliminarily enjoined by this Court on February 29, 2024. That injunction remains in effect.

Before the Court is the Joint Motion of all Parties to Stay Proceedings Pending Appeal. While this Court had no intention of proceeding while the Fifth Circuit reviews this Court's preliminary injunction, the Court finds it proper to use its inherent authority to stay this action until the Fifth Circuit rules on the preliminary injunction.

Therefore, after consideration of the motion, record, and relevant authorities, the Court hereby **GRANTS** the Motion and **STAYS** all deadlines and proceedings in this case pending the Fifth Circuit's decision on the district court's preliminary injunction order entered in the related case United States v. Texas, et.al., No. 1:24-cv-00008-DAE, or any party's request to lift the stay.

**SO ORDERED** this 7th day of May, 2024.

_____
David Alan Ezra
Senior United States District Judge