# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY ABBOTT ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 1:24-CV-270-DAE |

### STATE DEFENDANTS UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

State Defendants Gregory Abbott, in his official capacity of Governor of Texas, Steven C. McCraw, in his official capacity as Director of Texas Department of Public Safety, Warren K. Paxton, in his official capacity as the Texas Attorney General (collectively, "State Defendants") file this this Unopposed Motion for Substitution of Counsel and would respectfully show the following:

Garrett Greene has accepted a position within the Office of the Attorney General of Texas but outside of the Special Litigation Division handling this litigation. State Defendants respectfully request a substitution of counsel in this case and further request that Mr. Greene be permitted to withdraw as State Defendants' counsel and for the following attorney be substituted in his place as co-counsel.

Wade Johnson
Tex. State Bar No. 24062197
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

1

This matter is not currently set for trial. The withdrawal and substitution of counsel requested herein is not sought for purposes of delay, but so that justice may be done.

Accordingly, State Defendants respectfully request that this Court enter an Order permitting Garrett Greene to withdraw from this case and substituting Wade Johnson as co-counsel with Ryan G. Kercher, Kathleen Hunker, and David Bryant.

Date: March 21, 2025

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**RYAN D. WALTERS**
Deputy Attorney General for Legal Strategy

**RYAN G. KERCHER**
Chief, Special Litigation Division
Tex. State Bar No. 24060998

**KATHLEEN HUNKER**
Deputy Chief, Special Litigation Division
Tex. State Bar No. 24118415

Respectfully submitted.

**DAVID BRYANT**
Senior Special Counsel
Tex. State Bar No. 03281500

*/s/Wade Johnson*
**WADE JOHNSON**
Special Counsel
Tex. State Bar No. 24062197

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Ryan.Kercher@oag.texas.gov
Kathleen.Hunker@oag.texas.gov
David.Bryant@oag.texas.gov
Wade.Johnson@oag.texas.gov

**COUNSEL FOR STATE DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that on March 20, 2025, I conferred via email with counsel for Plaintiffs regarding the relief requested in this motion. Counsel for Plaintiffs stated that they do not oppose this Motion.

*/s/Wade Johnson*
**WADE JOHNSON**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 21, 2025 and that all counsel of record were served by CM/ECF.

*/s/Wade Johnson*
**WADE JOHNSON**