IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE., <br><br> *Plaintiffs,* <br><br> v. <br><br> GREGORY ABBOTT ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 1:24-CV-270-DAE |

**[PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL**

On this date, the Court considered State Defendants' Unopposed Motion for Substitution of Counsel. After considering the Motion, the Court is of the opinion that the Motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Garrett Greene is hereby withdrawn as counsel of record for the Plaintiffs.

Accordingly, it is ORDERED, ADJUDGED and DECREED that Wade Johnson is substituted as co-counsel for the Plaintiff.

SIGNED on this the _____ day of _____, 2025.

_____
HON. DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE