IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LA UNION DEL PUEBLO ENTERO, SARAH DOE, MARY DOE, JOHN DOE, AND JAMES DOE, | § § § § § § | |
| | § | No. 1:24-cv-270-DAE |
| *Plaintiffs*, | § § | |
| v. | § § | |
| GREGORY ABBOTT ET AL., | § § § | |
| *Defendants*. | § § | |

ORDER

Before the Court is the above-styled cause of action, which concerns Senate Bill 4, enacted in 2023 by the 88th Texas Legislature. Also before the Court is <u>Las Americas Immigrant Advocacy Center v. McCraw</u>, 1:23-cv-1537-DAE, which concerns the same.

Federal Rule of Civil Procedure 42(a) provides that if actions "involve a common question of law or fact," the court may "consolidate the actions" or "issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). The decision to consolidate actions under Rule 42(a) is "entirely within the discretion of the district court as it seeks to promote the administration of justice."

1

Gentry v. Smith, 487 F.2d 571, 581 (5th Cir. 1973).  The Court has determined, in its discretion, that consolidation is warranted here to prevent duplicative litigation and to conserve the Court's resources.

**IT IS THEREFORE ORDERED** that the stay in this case is temporarily lifted for the purpose of consolidating this action with 1:23-cv-1537-DAE.

**IT IS FURTHER ORDERED** that this action is consolidated with 1:23-cv-1537-DAE, which will be the lead case. In light of the consolidation, the Clerk of Court shall **ADMINISTRATIVELY CLOSE** 1:24-cv-270-DAE.  All pleadings pertaining to any of the consolidated proceedings shall henceforth be filed in 1:23-cv-1537-DAE.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, April 4, 2025.

_____
David Alan Ezra
Senior United States District Judge

2